```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

REGINALD JACKSON                                              PLAINTIFF

VS.                               CIVIL ACTION NO. 5:07-CV-188-DCB-JMR

JESSE STEWART,
THE WILKINSON COUNTY DEMOCRATIC
EXECUTIVE COMMITTEE AND THE WILKINSON
COUNTY BOARD OF ELECTION COMMISSIONERS                        DEFENDANT

                           ORDER OF RECUSAL

The above styled and numbered cause comes on <u>sua sponte</u> pursuant to Title 28 U.S.C. Section 455 which provides that any justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned, and the undersigned, having carefully reviewed this matter and being advised of the nature of this case, finds that there are certain non-waivable grounds under 28 U.S.C. Section 455(b) which would require that he be disqualified from participation in this case.

IT IS, THEREFORE, ORDERED that the undersigned hereby recuses himself from any participation in this case.

SO ORDERED, this the  4th  day of October, 2007.

                                      s/ David Bramlette
                                 UNITED STATES DISTRICT JUDGE