IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

REGINALD JACKSON                                                                       PLAINTIFF

VS.                                                    CIVIL ACTION NO.    5:07cv188 DCB-JMR

JESSE STEWART; THE WILKINSON COUNTY
DEMOCRATIC EXECUTIVE COMMITTEE; and
THE WILKINSON COUNTY BOARD OF
ELECTION COMMISSIONERS                                                                 DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS ACTION being before the Court on the agreement of all parties, and the Court being fully advised in the premises, finds that this case should be and is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2008.

                                                  s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Dennis L. Horn_____
DENNIS L. HORN (MSB #2645)
Attorney for Defendant, Jesse Stewart
Horn & Payne, PLLC
P.O. Box 2754
Madison, MS 39130
(601) 853-6090 (phone)
(601) 853-2878 (fax)
hornpayne@comcast.net

/s/ Everett T. Sanders_____
EVERETT T. SANDERS, Esq.
Attorney for Plaintiff, Reginald Jackson
Post Office Box 565
Natchez, Mississippi 39121
601-445-5570 (phone)
601-445-0777 (fax)


/s/ Michael S. Allred_____
MICHAEL S. ALLRED, Esq.
Attorney for Defendant, TheWilkinson County
Democratic Executive Committee
P. O. Box 3828
Jackson, MS 39207-3828
601-713-1414 (phone)
601-718-3259 (fax)
mallred@allredlaw.com


/s/ David Shepherd Crawford_____
DAVID SHEPHERD CRAWFORD, Esq.
Attorney for Defendant, The Wilkinson County
Board of Election Commissionners
P. O. Box 1017
Woodville, MS 39669-1017
(601) 888-3102 (phone)
(601) 888-3104 (fax)
swr\_wcalaw@bellsouth.net